AO 91 (Rev. 01/09) Criminal Complaint

UNDER SEAL

Unsealed defendants per USA — all def arrested

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
JUN 14 2011
CLERK, U.S. DISTRICT C[OURT]
ALEXANDRIA, V[A]

(TC)

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Guidry, Sr., a/k/a "Ant," Justin Dacory Johnson, a/k/a "Jay," James Cody Cutri, Munir Abdalla Saad, a/k/a "Saad Munir Abdalla," et al.* | ) ) ) | Case No. 1:11-mj-455 |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of _____ in the _____ District of _____, the defendant violated ____ U. S. C. § _____, an offense described as follows:

*Marvin Powers, Jr., a/k/a "Marv," Noe Briones, Moataz Mohammad Masoud, a/k/a "Mo," "Fat Mo," and "Gyp," Nahom Hagos, a/k/a "Fat Boy," Yonata Noah Hagos, a/k/a "Yoni," "Yone," and "Little Black Boy," Nathaniel Scott Wilson, a/k/a "Nate," Jeremiah Adam Wilson, a/k/a "Jay," Julius Jamar Watson III, a/k/a "Ju Ju," Tracy Christopher King, a/k/a "T.C.," Cristina Delores Patino, and Tiffany Nicole Solorio, a/k/a "Tiff."

From in or around 2005 to the present date, in the county of Fairfax, in the Eastern District of Virginia, the defendants violated 21 U.S.C. 841(a)(1) and 846, an offense described as the following: unlawfully and knowingly combining, conspiring, confederating and agreeing with others to unlawfully, knowingly, and intentionally distributing 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Glenn Mai, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 14, 2011

City and state: Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge

Approved by AUSAs Sean P. Tonolli and Lisa Owings

(i)